IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MERON TAYE, | * |
| Plaintiff, | * |
| v. | Case No.4:22-CV-200 (CDL) |
| | * |
| VECTRUS SYSTEMS CORPORATION, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 12, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 12th day of July, 2023.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk